DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDREW BARRY DENNIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-2497

_____

September 20, 2023

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.